```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```
_____

|                              )
**JOSEPH SHANLEY,**            )
                               )
    **Plaintiff,**    )
                               )
**VS.**                        )    No. 07-2334-JPM-dkv
                               )
**MICHAEL J. ASTRUE,**         )
**COMMISSIONER OF SOCIAL**     )
**SECURITY,**                  )
                               )
    **Defendant.**    )
                               )

_____

### ORDER ADOPTING REPORT AND RECOMMENDATION;
### ORDER REMANDING CASE
_____

Before the Court is the Report and Recommendation (Doc. 23) of Magistrate Judge Diane K. Vescovo, submitted on March 12, 2008, recommending that the case be remanded for further proceedings. Upon <u>de novo</u> review, the Court ADOPTS the Magistrate Judge's Report and Recommendation in its entirety and REMANDS the case for a hearing consistent with this Order and the Report and Recommendation of the Magistrate Judge.

The Magistrate Judge found improper the Administrative Law Judge's ("ALJ") decision not to consider new evidence in his determination. More specifically, the Magistrate Judge found that a Medical Source Statement of Ability to Do Work-Related Activities (Mental) was new evidence because it did not exist at the time of the ALJ's hearing, that this new evidence was

material because it could impact the ALJ's decision, and that Plaintiff has shown good cause for not previously incorporating the new evidence into the record.

No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. See 28 U.S.C. § 636(b)(1)(C); see also Frontier Ins. Co. v. Blaty, 454 F.3d 590, 596-97 (6th Cir. 2006); Harris v. City of Akron, 20 F.3d 1396, 1402-03 (6th Cir. 1994)("Failure to file an objection to a magistrate judge's recommendation constitutes a waiver of the right to appeal on the basis of that recommendation.") (citing Thomas v. Arn, 474 U.S. 140, 153-54 (1985)).

Upon de novo review, the Court ADOPTS the Magistrate Judge's Report and Recommendation in its entirety and REMANDS the case for a hearing consistent with this Order and the Report and Recommendation (Doc. 23) of the Magistrate Judge.

SO ORDERED this 1st day of April, 2008.

                                            s/ JON PHIPPS McCALLA
                                            UNITED STATES DISTRICT JUDGE